IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GRANT MITCHELL SAXENA, | * |
| Plaintiff, | * |
| vs. | * |
| MICHAEL E. FERRITER, | * |
| Defendant. | * |

CASE NO. 4:21-CV-212 (CDL)

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 20, 2022 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit. The Court also finds no valid reason to reconsider the order denying Plaintiff's motion for leave to proceed in forma pauperis, so the motion to reconsider (ECF No. 8) is denied.

IT IS SO ORDERED, this 4th day of August, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA